IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAKIM ALI BRYANT,<br><br>   *Plaintiff*,<br><br>v.<br><br><br>OFFICER MICHAEL COLLINS, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 15-00302 |

## ORDER

  **AND NOW**, this 16th day of September, 2015, upon consideration of Plaintiff counsel's Motion for Leave to Withdraw (ECF No. 18), it is hereby **ORDERED** that the Motion is **DENIED**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.