## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAKIM BRYANT,

         *Plaintiff,*

   v.

MICHAEL COLLINS, *et al.*,

         *Defendants.*

CIVIL ACTION
NO. 15-00302

## ORDER

**AND NOW**, this 13th day of April, 2017, upon consideration of Defendants Collins's and Santiago's motion for summary judgment (ECF No. 63), and Plaintiff Bryant's response (ECF No. 64), it is hereby **ORDERED** that:

1. The motion (ECF No. 63) is **GRANTED** and Bryant's claims for RICO violations, false arrest, false imprisonment and malicious prosecution (Counts I, III, IV and V) are **DISMISSED with prejudice**;

2. The Court declines to exercise jurisdiction over Bryant's assault and battery claim (Count II);

3. This case shall be **CLOSED** for statistical purposes.


                      BY THE COURT:


                      ***/s/ Gerald J. Pappert***
                      GERALD J. PAPPERT, J.